Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 18-28495 (ABA)**

Douglas Maldonado  
3072 Mickle Street  
Camden, NJ  08105

Monthly Payment: $276.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 10/16/2018 | $213.00 | 11/15/2018 | $213.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DOUGLAS MALDONADO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $4,130.00 | $586.59 | $3,543.41 | $0.00 |
| 1 | CITIBANK/THE HOME DEPOT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PREMIER BANKCARD, LLC | 33 | $255.54 | $0.00 | $0.00 | $0.00 |
| 3 | KML LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PNC BANK, N.A. | 24 | $10,058.04 | $0.00 | $10,058.04 | $0.00 |
| 5 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $406.32 | $0.00 | $0.00 | $0.00 |
| 9 | PNC BANK, NATIONAL ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | FIG CAPITAL INVESTMENTS NJ13, LLC | 24 | $355.75 | $0.00 | $355.75 | $0.00 |
| 11 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PNC BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PREMIER BANKCARD, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | AMERICAN INFOSOURCE, LP | 33 | $567.35 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2018 | 2.00 | $0.00 |
| 12/01/2018 | Paid to Date | $426.00 |
| 01/01/2019 | 57.00 | $276.00 |
| 10/01/2023 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $426.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $257.04 |
| Arrearages: | $59.00 |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**