UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, N.A.

In Re:

Douglas Maldonado,

Debtor.

Case No.:         18-28495-ABA

Chapter:                13

Hearing Date:      3/26/2019

Judge:              Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 3072 Mickle Street (Docket # 19)

_____

Date: 3/25/2019                                   /s/ Denise Carlon
                                                 Signature

*rev.8/1/15*