UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

| | |
|---|---|
| In Re:<br><br>Douglas Maldonado,<br><br>       Debtor(s). | Case No.:      18-28495<br><br>Judge:      ABA<br><br>Chapter:      13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☐ Motion for Relief from the Automatic Stay filed by _____ ,

   creditor,

   A hearing has been scheduled for _____ , at _____ .


      ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____ , at _____ .


      ☒ Certification of Default filed by _____ PNC Bank, N.A. _____ ,

   I am requesting a hearing be scheduled on this matter.


2.    I oppose the above matter for the following reasons **(choose one)**:

      ☐ Payments have been made in the amount of $ _____ , but have not

   been accounted for.  Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer):**

I had unexpected car repairs that I needed to make so that I could work.  I am able
to pay $500 a week in order to catch up on the arrears.

☐  Other **(explain your answer):**

3.     This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date: _____ 

Debtor's Signature

Date: _____ 

Debtor's Signature

**NOTES:**

1.     Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.     Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*