Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−28495−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Douglas Maldonado
   3072 Mickle Street
   Camden, NJ 08105

Social Security No.:
   xxx−xx−5047

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                  November 19, 2019
Time:                  10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*29* – Certification in Opposition to (related document:28 Creditor's Certification of Default (related document:22 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC Bank, National Association. Objection deadline is 10/30/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC Bank, National Association) filed by Andrew Thomas Archer on behalf of Douglas Maldonado. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: October 29, 2019
JAN: bed

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-28495-ABA
Douglas Maldonado                                                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 29, 2019
                              Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db              +Douglas Maldonado,    3072 Mickle Street,    Camden, NJ 08105-2339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
        Andrew Thomas Archer    on behalf of Debtor Douglas  Maldonado aarcher@spillerarcherlaw.com,
        bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
        Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com
        Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor   PNC Bank, National Association
        rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 6