Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-28495 (ABA)

Douglas Maldonado  
3072 Mickle Street  
Camden, NJ  08105

Monthly Payment: $313.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/23/2022 | $350.00 | 03/01/2022 | $340.00 | 03/10/2022 | $350.00 | 04/08/2022 | $350.00 |
| 05/06/2022 | $340.00 | 06/13/2022 | $320.00 | 07/21/2022 | $350.00 | 09/07/2022 | $300.00 |
| 09/23/2022 | $350.00 | 10/28/2022 | $300.00 | 11/28/2022 | $375.00 | 12/09/2022 | $375.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DOUGLAS MALDONADO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $4,130.00 | $4,130.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $295.00 | $295.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $452.50 | $452.50 | $0.00 | $0.00 |
| 1 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PREMIER BANKCARD, LLC | 33 | $255.54 | $0.00 | $0.00 | $0.00 |
| 3 | KML LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PNC BANK, N.A. | 24 | $10,058.04 | $8,136.47 | $1,921.57 | $3,500.67 |
| 5 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $406.32 | $0.00 | $0.00 | $0.00 |
| 9 | PNC BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | FIG CAPITAL INVESTMENTS NJ13, LLC | 24 | $64.26 | $64.26 | $0.00 | $30.51 |
| 11 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PNC BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PREMIER BANKCARD, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | AMERICAN INFOSOURCE, LP | 33 | $567.35 | $0.00 | $0.00 | $0.00 |
| 15 | AMERICAN INFOSOURCE, LP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PNC BANK, N.A. | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 17 | PNC BANK, N.A. | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 10/01/2018 | 5.00 | $0.00 |
| 03/01/2019 | Paid to Date | $1,479.00 |
| 04/01/2019 | 3.00 | $294.00 |
| 07/01/2019 | 8.00 | $301.00 |
| 03/01/2020 | 43.00 | $313.00 |
| 10/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,100.00 |
| Total paid to creditors this period: | $3,531.18 |
| Undistributed Funds on Hand: | $685.50 |
| Arrearages: | ($546.00) |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**